Nicholas Collini, Plaintiff-Appellee, v. Walter E. Heller & Company, a Corporation, Defendant-Appellant.

Gen. No. M–51,549. ▮

First District, Second Division.

December 13, 1966.

Greenberger, Krause & Jacobs, of Chicago, for appellant; no appearance made for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**